# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **PLANNED PARENTHOOD** | : | Case No. 1:14-cv-867 |
| **SOUTHWEST OHIO REGION,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | **Judge Michael Barrett** |
| vs. | : | |
| | : | |
| **RICHARD HODGES, et al.,** | : | |
| | : | **NOTICE OF VOLUNTARY** |
| Defendants. | : | **DISMISSAL WITHOUT** |
| | : | **PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff hereby dismisses the above action without prejudice. Defendants have neither answered nor filed a motion to dismiss and do not object to this dismissal.

                                                     Respectfully submitted,

                                                     /s/Alphonse A. Gerhardstein
                                                     Alphonse A. Gerhardstein  # 0032053
                                                     *Trial Attorney for Plaintiff*
                                                     Jennifer L. Branch # 0038893
                                                     GERHARDSTEIN & BRANCH CO. LPA
                                                     Attorneys for Plaintiff
                                                     432 Walnut Street, Suite 400
                                                     Cincinnati, Ohio 45202
                                                     (513) 621-9100
                                                     (513) 345-5543 fax
                                                     agerhardstein@gbfirm.com
                                                     jbranch@gbfirm.com


                                                     Carrie Y. Flaxman
                                                     Jennifer Keighley
                                                     Planned Parenthood Federation of America
                                                     1110 Vermont Avenue, NW, Suite 300
                                                     Washington, D.C. 20005
                                                     (202) 973-4800
                                                     (202) 296-3480 (fax)
                                                     carrie.flaxman@ppfa.org

        jennifer.keighley@ppfa.org
        Co-counsels for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2014, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by email upon all parties for whom counsel has not yet entered an appearance electronically.

        /s/ Alphonse a. Gerhardstein
        Attorney for Plaintiff